# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2017

154347

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

POWER PLAY INTERNATIONAL, INC.
and MARK HOWE, Personal Representative
of the Estate of GORDON HOWE,
        Plaintiffs/Counterdefendants-
        Appellees,

v

        SC: 154347
        COA: 325805
        Oakland CC: 2011-123508-CK

DEL REDDY,
        Defendant-Appellant,
and

AARON HOWARD, MICHAEL REDDY,
and IMMORTAL INVESTMENTS, LLC,
        Defendants/Counterplaintiffs-
        Appellants.

_____/

On March 8, 2017, the Court heard oral argument on the application for leave to appeal the July 26, 2016 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2017

t0308



Clerk